UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LEE HAYWOOD, | No. 2:22-cv-1644 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. HARRISON, | |
| Defendant. | |

Plaintiff filed a motion for extension of time but does not specify what deadline he seeks to extend, how much additional time he is seeking, or any grounds for an extension. ECF No. 16. Presumably, plaintiff is seeking an extension of time to provide additional information to complete service on defendant Harrison or to show cause why he cannot provide such information, and that deadline will be extended. However, plaintiff is cautioned that any further motions for an extension of time must identify the deadline to be extended, how much extra time he is asking for, and why he needs the additional time. Failure to include this information will result in the motion being denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

////

////

2. Plaintiff is granted thirty days from the service of this order in which to submit service documents for defendant Harrison that include sufficient information to accomplish service or show good cause why he is unable to do so.

DATED: November 13, 2023

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE