1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CAMERON LEE HAYWOOD,                      No.  2:22-cv-1644 KJM AC P

12                   Plaintiff,

13         v.                                    ORDER

14    D. HARRISON,

15                   Defendant.

16

17         Defendant has moved for a ninety-day extension of the deadline for filing motions for

18   summary judgment.  ECF No. 33.  Good cause appearing, the motion will be granted.  However,

19   given the generous extension, further extensions of time will be highly disfavored and unlikely to

20   be granted absent a showing of extraordinary cause.

21         Accordingly, IT IS HEREBY ORDERED that defendant's motion for an extension of

22   time (ECF No. 33) is GRANTED and the deadline for filing dispositive motions is extended to

23   June 5, 2025.

24   DATED: March 3, 2025

25

                                             ALLISON CLAIRE
26                                           UNITED STATES MAGISTRATE JUDGE

27

28