UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LEE HAYWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HARRISON,<br><br>    Defendant. | No. 2:22-cv-1644 KJM AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro. It has come to the undersigned's attention that plaintiff has another case pending before this court in which he submitted a request for a settlement conference and expressed his desire to settle both that case and the instant case. See Haywood v. Reed (Haywood II), No. 2:23-cv-0078 SCR (E.D. Cal.), ECF No. 35. The request for a settlement conference has been granted and a settlement conference has been scheduled for July 3, 2025. Haywood II, ECF Nos. 36, 40. In light of the pending settlement conference and in the interests of judicial efficiency, the June 5, 2025 dispositive motions deadline in this case will be vacated. In the event this action does not settle, dispositive motions will be due thirty days after the settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 5, 2025 dispositive motions deadline is VACATED; and

////

1

2. In the event the settlement conference in <u>Haywood II</u> does not resolve this case, dispositive motions will be due within thirty days of the settlement conference.

DATED: May 13, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE